UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DIANE FELICIANO, | No. CIV. S-14-1094 LKK/EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100, | |
| Defendants. | |

Plaintiff Diane Feliciano, represented by counsel, has applied to proceed in this civil action without prepayment of fees or costs under 28 U.S.C. § 1915. The gravamen of plaintiff's complaint is that she was wrongfully denied disability benefits, including long-term coverage, by defendant Metropolitan Life Insurance Company.

The opportunity to proceed *in forma pauperis* is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984). A petitioner need not "be absolutely destitute to enjoy the benefit of this statute." Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948); Jefferson v. United States, 277

1

1  F.2d 723, 725 (9th Cir. 1960). But she must demonstrate her
2  poverty with "some particularity, definiteness, and certainty."
3  United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981).
4      It appears from the complaint that plaintiff has not worked
5  since 2011. (ECF No. 1.) In her application, plaintiff avers,
6  under penalty of perjury, that she "had to cash in what was left
7  in my 401K to live and that is the amount in my bank account less
8  taxes & penalties," that she retains $30,000 in cash, and that
9  otherwise, that she owns no real estate, stocks, bonds,
10 securities, other financial instruments, automobiles, or any
11 other thing of value, and that she has no other source of income.
12     The court finds that plaintiff has adequately demonstrated
13 that she "is unable to pay [the required] fees or give security
14 therefor." 28 U.S.C. § 1915(a)(1). Accordingly, her Application
15 to Proceed Without Prepayment of Fees is GRANTED.
16     IT IS SO ORDERED.
17     DATED:  May 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2