UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FELICIANO,<br><br>           PLAINTIFF,<br><br>      V.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AND DOES 1 TO 100,<br><br>           DEFENDANT. | Case No. 2:14-cv-01094-MCE-EFB<br><br>ORDER TO DISMISS ACTION WITH PREJUDICE<br><br><br>HONORABLE MORRISON C. ENGLAND |

   Pursuant to the stipulation by and between the Plaintiff, DIANE FELICIANO, and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action should be dismissed with prejudice (ECF No. 19), it is hereby ORDERED:

///

///

///

///

///

///

///

///

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

This matter dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  October 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT